**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**
**Eastern Division**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 2:14-bk-58295 |
| Gayle Latrice Holmes } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | Judge John E. Hoffman, Jr. |

## NOTICE OF CHANGE OF ADDRESS

Now come(s) the Debtor(s), Gayle Latrice Holmes   , to advise that Debtor(s)' address has changed.  All service of pleadings, notices and correspondence to Debtor(s) should be sent to:

Gayle  Holmes
PO Box 13511
Columbus, OH 43213

Respectfully submitted,

MINA NAMI KHORRAMI, LLC

by:    /s/Mina Nami Khorrami
Mina Nami Khorrami           (0058350)
115 West Main St., Suite LL-50
Columbus, Ohio 43215
(614) 857-9590
(614) 304-0102/Fax
mnkecf@mnk-law.com
http://mnk-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on 2/2/2015, a copy of the foregoing Notice of Change of Address was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:.

U.S. Trustee

Faye D. English, Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Gayle Latrice Holmes
PO Box 13511
Columbus, OH 43213

/s/Mina Nami Khorrami
Mina Nami Khorrami          (0058350)
Attorney for Debtor